# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SANDRA LITTLE, Individually and as Next Friend of AL,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| **v.** | § | **Case No. 4:25-cv-01512** |
| | § | |
| **AMAZON.COM, INC., COLSEN, LLC and** | § | |
| **GUSAR, LLC d/b/a COLSEN FIRE PITS** | § | |
| **Defendants.** | § | |

**INDEX OF MATTERS BEING FILED**
**AND LIST OF ALL COUNSEL OF RECORD**

Defendant Amazon.com, Inc., ("Defendant") submits this Index of Matters Being Filed and List of All Counsel of Record. The following items are being filed by Defendant:

1.  Index of Matters Being Filed and List of All Counsel of Record;

2.  Copies of all executed process, pleadings asserting causes of action, and all orders signed by the state judge as follows:

    A.  Index of Matters Filed (Attached as **Exhibit 1**)

    B.  Plaintiff's Original Petition, filed March 3, 2025 (attached as **Exhibit A**);

    C.  Docket Sheet (attached as **Exhibit B**)

    D.  Gusar, LLC 2024 Annual Report (attached as **Exhibit C**);

    E.  Colsen Fire Pits LLC 2024 Annual Report (attached as **Exhibit D**)

3.  Defendant AMAZON.COM, INC.'S FRCP 7.1 Disclosure Statement (attached as **Exhibit E**);

4.  A copy of the JS44c Civil Cover Sheet (attached as **Exhibit F**);

*Index of Matter Being Filed & List of Counsel*                                        *pg. 1*

The parties' respective attorneys are as follows:

A.    Attorneys for **Plaintiffs:**

Felicia M. Hubert
THE LANIER LAW FIRM, P.C.
10940 W. Sam Houston Pkwy N, Suite 100
Houston, Texas 77064
(713) 659-5200 – Phone
(713) 659-2204 – Fax

B.    Attorneys for Defendant **Amazon.com, Inc.:**

**SOFIA A. RAMÓN**
sramon@ramonworthington.com; efile@ramonworthington.com
**RAMÓN WORTHINGTON NICOLAS & CANTU, PLLC**
1506 S. Lone Star Way, Suite 5
Edinburg, Texas 78539
(956) 294-4800 – Phone
(956) 928-9564 – Fax

**DAN K. WORTHINGTON**
**dworthington@ramonworthington.com**
**RAMÓN WORTHINGTON NICOLAS & CANTU, PLLC**
1506 S. Lone Star Way, Suite 5
Edinburg, Texas 78539
(956) 294-4800 – Phone
(956) 928-9564 – Fax

**SARAH A. NICOLAS**
snicolas@ramonworthington.com
**RAMÓN WORTHINGTON NICOLAS & CANTU, PLLC**
13413 Galleria Circle, Suite 120
Bee Cave, Texas 78738
(512) 643-6005 – Phone

Dated: April 2, 2025.