# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA LITTLE, Individually and as Next Friend of AL,<br>    Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., COLSEN, LLC and GUSAR, LLC d/b/a COLSEN FIRE PITS<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:25-cv-01512 |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR APPOINTMENT OF GUARDIAN AD LITEM

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff SANDRA LITTLE, INDIVIDUALLY AND AS NEXT FRIEND OF A.L., a minor, and Defendants AMAZON.COM, INC., COLSEN, LLC, AND GUSAR, LLC D/B/A COLSEN FIRE PITS, and file this Joint Notice of Settlement and Request for Appointment of Guardian Ad Litem, respectfully notifying the Court as follows:

1. Plaintiff and Defendants have reached a settlement of all claims asserted in this case.

2. Because the settlement involves the claims of a minor, the parties respectfully request that the Court appoint a guardian ad litem to review the proposed settlement,

evaluate whether it is fair and in the best interests of the minor Plaintiff, and to report to the Court accordingly.

3. Following the guardian ad litem's review and approval, the parties anticipate filing the appropriate dismissal documents within sixty (60) days.

4. The parties further request that any and all settings be removed from the Court's docket, and that any and all other pretrial deadlines be vacated pending final approval of the minor's settlement.

*(signature page to follow)*

Respectfully submitted,

**RAMÓN WORTHINGTON
NICOLAS & CANTU, PLLC**

By:    */s/ Sofia A. Ramón*
      Sofia A. Ramón
      Fed. ID No. 20871/TSB No. 00784811
      sramon@ramonworthignton.com
      Dan K. Worthington
      Fed. ID No. 15353/TSB No. 00785282
      dworthington@ramonworthington.com
      1506 South Lone Star Way, Suite 5
      Edinburg, Texas 78539
      (956) 294-4800 – Phone

      Sarah A. Nicolas
      Fed. ID No. 32122/TSB No. 24013543
      snicolas@ramonworthington.com
      13413 Galleria Circle, Suite 120
      Bee Cave, Texas 78738
      (512) 643-6005 – Phone

      **Electronic Service to:**
      efile@ramonworthington.com
      **ATTORNEYS FOR DEFENDANT
      AMAZON.COM, INC.**

**THE LANIER LAW FIRM, P.C.**

By:    */s/ Felicia M. Hubert with permission*
      Felicia M. Hubert
      State Bar No. 17635900
      10940 W. Sam Houston Pkwy N.
      Suite 100
      Houston, Texas 77064
      Telephone: (713) 659-5200
      Fax: (713) 659-2204
      Felicia.hubert@lanierlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**RYMER, ECHOLS, SLAY & NELSON-ARCHER, P.C.**

By: */s/ Joshua Nelson-Archer with permission*
Joshua Nelson-Archer
State Bar No. 24013228
1502 Augusta Dr., Suite 400
Houston, Texas 77057
Telephone: (713) 626-1550
Fax: (713) 626-1558
Jnelson-archer@resnlaw.com
**ATTORNEY FOR DEFENDANTS COLSEN FIREPITS, LLC AND GUSAR, LLC D/B/A COLSEN FIRE PITS**

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on August 22, 2025 via the Court's Electronic Filing System. Notice of this filing will be sent by operation of the Court's Electronic Filing System to users registered with the Electronic Filing System:

Felicia M. Hubert
**THE LANIER LAW FIRM, P.C**.
10940 W. Sam Houston Pkwy N. Suite 100
Houston, Texas 77064
Tel.: (713) 659-5200
Fax: (713) 659-2204
Felicia.hubert@lanierlawfirm.com
**ATTORNEY FOR PLAINTIFFS**

Joshua Nelson-Archer
**RYMER, ECHOLS, SLAY & NELSON ARCHER, P.C.**
1502 Augusta Dr., Suite 400
Houston, Texas 77057
Telephone: (713) 626-1550
Fax: (713) 626-1558
Jnelson-archer@resnlaw.com
**ATTORNEY FOR DEFENDANTS**
**COLSEN FIREPITS, LLC AND GUSAR, LLC**
**D/B/A COLSEN FIRE PITS**

*/s/ Sofía A. Ramón*
Sofía A. Ramón