# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA LITTLE, Individually and as Next Friend of A.L., Plaintiffs, | § § § § | |
| v. | § § | Case No. 4:25-cv-01512 |
| AMAZON.COM, INC., COLSEN, LLC and GUSAR, LLC d/b/a COLSEN FIRE PITS Defendants. | § § § § | |

## AGREED FINAL JUDGMENT

BE IT REMEMBERED that on this 29th day of January, 2026, the Court conducted a hearing regarding the proposed settlement of all claims asserted by Plaintiff Sandra Little, Individually and as Next Friend of A.L., a Minor, against Defendants Amazon.com, Inc., Colsen, LLC, and Gusar, LLC d/b/a Colsen Fire Pits ("Defendants") in the above-captioned cause.

Plaintiff Sandra Little appeared together with her counsel of record. Raymundo J. Vazquez, the Court-appointed Guardian Ad Litem for A.L., a minor, also appeared. Defendants appeared by and through their respective counsel of record. All parties announced to the Court that a settlement agreement had been entered into between Plaintiff Sandra Little, Individually and as Next Friend of A.L., a Minor, and Defendants.

After considering the pleadings, the recommendation and request of the Guardian Ad Litem, the confidential terms of the settlement agreement as to the claims against all Defendants, the evidence, and argument and representations of counsel, the Court is of the opinion, and finds, that the settlement agreement entered into on behalf of the minor Plaintiff, A.L., a Minor, is just, fair and reasonable and should be approved.

The Court hereby finds and concludes that:

1. The settlement agreement is just, fair, and reasonable and in the best interests of the minor Plaintiff, A.L.

2. All claims and causes of action that were or could have been asserted by or on behalf of Plaintiff Sandra Little, Individually and as Next Friend of A.L., have been compromised and settled with all Defendants.

3. Defendants expressly deny all liability and enter the settlement solely to resolve disputed claims.

4. The Guardian Ad Litem, Raymundo J. Vazquez, recommends approval of the settlement, and the Court adopts that recommendation in full.

Accordingly, the Court APPROVES the settlement and ORDERS as follows:

Due to the fact the minor, A.L. shall reach the age of majority at or prior to the time of funding of the confidential settlement amount allocated to her, the settlement proceeds are to be paid directly to Sandra Little, Individually and

as Next Friend of A.L, for A.L.'s use and benefit, and The Lanier Law Firm, in trust, for agreed upon attorney's fees and expenses.

5. Guardian Ad Litem. The Court awards an ad litem fee to Raymundo J. Vazquez in the amount of $4,500.00, which shall be paid by Defendants.

6. Take Nothing Judgment and Dismissal with Prejudice. It has been agreed that judgment shall be entered declaring that Plaintiff Sandra Little, Individually, and as Next Friend of A.L., takes nothing from Defendants arising out of or relating to the claims involved in this case, all such claims and causes of action having been settled between the parties as set forth in this Judgment. All claims and causes of action that were or could have been asserted by Plaintiff Sandra Little, either Individually and/or as Next Friend of A.L., against Defendants Amazon.com, Inc., Colsen, LLC, and Gusar, LLC d/b/a Colsen Fire Pits, are hereby DISMISSED WITH PREJUDICE to their re-filing.

7. Costs. Court costs shall be borne by the party incurring same, except as otherwise agreed or ordered herein.

8. Finality. By the signatures of counsel below, all parties expressly waive any right to appeal from this Agreed Final Judgment.

9. Relief Not Granted. All relief not expressly granted herein is denied.

SIGNED this day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:


By: */s/ Felicia M. Hubert, with permission*
Felicia M. Hubert
THE LANIER LAW FIRM, P.C.
10940 W. Sam Houston Pkwy N.,
Suite 100,
Houston, Texas 77064
Attorneys for Plaintiff,
Sandra Little, Individually and as Next Friend of A.L.


By: */s/ Raymundo J. Vazquez, with permission*
Raymundo J. Vazquez
LAW OFFICE OF RAY VAZQUEZ, PLLC
1620 S. Friendswood Dr. Ste 288A
Friendswood, Tx  77546-5408
Guardian Ad Litem for A.L., a minor


By: */s/ Sofia Ramón*
Sofia A. Ramón
RAMÓN WORTHINGTON CANTU, PLLC
1506 S. Lone Star Way, Suite 5
Edinburg, Texas 78539
Attorneys for Defendant Amazon.com, Inc.



By: */s/ Joshua Nelson-Archer, with permission*
Joshua Nelson-Archer
RYMER, ECHOLS, SLAY & NELSON-ARCHER, P.C.
1502 Augusta Dr., Suite 400
Houston, Texas 77057
Attorneys for Defendants Colsen, LLC and Gusar, LLC d/b/a Colsen
Fire Pits